Joseph KRONSTADT, Appellant,

v.

DISTRICT OF COLUMBIA, Appellee.

Nos. 2419, 2420.

Municipal Court of Appeals for the District of Columbia.

Argued July 27, 1959.

Decided Nov. 4, 1959.

1. Code 1951, 22–2202 (Supp. VII).

question of fact and found defendant guilty as charged.

Our examination of the record convinces us that the only issue involved was that of credibility. The testimony was conflicting and therefore presented a question for the trial judge. Concerning entrapment, it has been held that prosecution is not defeated where an officer merely affords an opportunity for the commission of an offense.[1] The record indicates sufficient evidence to support the convictions, and we find no error for which the judgments should be reversed.

Affirmed.

——————

Walter H. Maloney, Washington, D. C., for appellant.

Ted D. Kuemmerling, Asst. Corp. Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

QUINN, Associate Judge.

██ Defendant appeals from two convictions of operating a pawn shop without a license, in violation of Code 1951, 2–2002 (Supp. VII). His main contention is that the evidence offered by the two police officers, who had misled him as to their identity, established entrapment and therefore the court, as a matter of law, should have directed an acquittal. The court, however, treated this evidence as presenting a

1. Sorrells v. United States, 1932, 287 U.S. 435, 53 S.Ct. 210, 77 L.Ed. 413, 86 A.L.R. 249 (1933).